UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Civ-21319-COOKE/TORRES

AMPARO SANCHEZ and
FRANCISCO MARTY,

    Plaintiffs,

vs.

CARNIVAL CORPORATION and
FATHOM TRAVEL LTD.
CORPORATION,

    Defendants.
_____/

## ORDER OF DISMISSAL

    THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Pls.' Not. Vol. Dismissal, ECF No. 25. Each party shall bear their or its own costs and attorney's fees.

    The Clerk shall **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in Chambers, in Miami, Florida, this 28th day of April 2016.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*